KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov
AK# 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE BEANS, SR. and GERALDINE BEANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:10-cv-00017-RRB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, via undersigned counsel, stipulate and agree that they have reached a negotiated settlement in this case and that all claims which were asserted or which could have been asserted by Plaintiffs against the United States in this action shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED, on December 6, 2012, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for the United States


POWER AND BROWN, LLC

s/ Michele L. Power   (consent)
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (888) 887-1146
E-mail: admin@powerbrown.com
ABA No. 9510047
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2012,
a copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was served electronically on:

Michele Power
Power and Brown LLC

s/ Gary M. Guarino

*Beans v. United States*
Case No. 4:10-cv-00017-RRB                2